UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

LUIS FARGAS,

Plaintiff,

v.

UNITED STATES OF AMERICA,
FEDERAL BUREAU OF PRISONS,
Warden ANDERSON, FMC ROCHESTER,
Lt. MILLER, FMC Rochester,
Officer VAVRA, FMC Rochester,
Officer SMITH, FMC Rochester, and
RICHARD SLETTEN, MN Circuit Clerk,

Defendant.

Civil 12-2165 (JRT/JSM)

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

Luis Fargas, 1020 West Lawrence Avenue, Apt. 9, Chicago, IL 60640, pro se plaintiff.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated September 21, 2012. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant Richard Sletten are summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated: October 11, 2012
at Minneapolis, Minnesota

                                                                                           ____s/John R. Tunehim____
                                                                                             JOHN R. TUNHEIM
                                                                       United States District Judge